Prob 22 (VAE Rev 4/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:00CR00160-001

DOCKET NUMBER *(Rec. Court)*
18 CRIM 517

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas George McLean | EASTERN DISTRICT OF VIRGINIA | Richmond |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James R. Spencer | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 4/19/2018 — TO 4/18/2028 |

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUL 25 2018*

**OFFENSE:**
Ct. One: Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Cocaine Base
Ct. Two: Possession with Intent to Distribute Cocaine Base; Aiding and Abetting
Ct. Three: Possession of Cocaine Base; Aiding and Abetting

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK, NEW YORK DIVISION upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 9, 2018
*Date*

/s/
Henry E. Hudson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN <u>DISTRICT OF NEW YORK, NEW YORK DIVISION</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 24 2018
*Effective Date*

United States District Judge

*JUDGE RAMOS*